Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Alfred McZeal, Jr.
2620 FASHION AVE
LONG BEACH, CA. 90810
PHONE: 832-623-4418

# PAID



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN ▪5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

**ALFRED MCZEAL, JR.**

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-V-

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS;HSBC BANK USA, NA;Mellissa Robbins Coutts;McCalla Raymer Leibert Pierce, LLP;Affinia Default Services;McCarty & Holthus, LLP;Hector Solorzano;Omar Solorzano**

*Defendant(s)*

*(Write the fill name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No. 2:24-CV-104907-RGK-PD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM

II. ILLEGAL EVICTION FRAUD SCHEME - RELATIVE TO TWO FRAUDULENT EVICTIONS DATED 9/13/2023 @ 11:07AM

III. 42 USC 1983 - COMPLAINT FOR DEPRIVATION OF RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS

IV. 42 U.S. Code §1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS RELATED TO "STEALTH FORECLSOURE" & ILLEGAL EVICTIONS

V. 42 U.S. Code §1986 - ACTION FOR NEGLECT TO PREVENT "STEALTH FORECLOSURE & ILLEGAL EVICTIONS"

VI. 42 U.S. Code §1981 - EQUAL RIGHTS UNDER LAW

VI. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)

VIII. CANCELLATION OF WRITTEN INSTRUMENTS - FRAUDULENT TRUSTEE DEED UPON SALE Void or voidable written Instruments, Cal. Civ. Code § 3412

IX. QUIET TITLE
Civil Code §760.020.

X. SLANDER OF TITLE - CACI No. 1730 USING A FRAUDULENT TRUSTEE DEED UPON SALE

XI. FORECLOSURE OF COMMERCIAL UCC-1 LIEN $3,500,000

XII. UNJUST ENRICHMENT

XIII. DECLARATORY JUDGMENT ACT 28 U.S.C. §2201 - §2202

# JURY TRIAL DEMANDED

☑*PRELIMINARY INJUNCTION REQUESTED*

# COMPLAINT FOR A CIVIL CASE

## COMPLAINT FOR AN ILLEGAL "STEALTH FORECLOSURE" WITHOUT NOTICE, FRAUD, AND VIOLATION OF CIVIL RIGHTS

### PROPERTIES IN DISPUTE

**2620 FASHION AVE, LONG BEACH, CA. 90810
2622 FASHION AVE, LONG BEACH, CA. 90810 (CONNECTED UNIT)**

**COVER PAGE**
i

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

### ALFRED MCZEAL, JR.

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **ALFRED MCZEAL, JR.** |
| Street Address | |
| City and County | Alfred McZeal, Jr. |
| State and Zip Code | 2620 FASHION AVE |
| Telephone Number | LONG BEACH, CA. 90810 |
| E-mail Address | PHONE: 832-623-4418 |

    **Plaintiff No.2**

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if *known*). Attach additional pages if needed.

---

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS**

**HSBC BANK USA, NA**

**Mellissa Robbins Coutts**

**McCalla Raymer Leibert Pierce, LLP**

**Affinia Default Services, LLC**

**McCarty & Holthus, LLP**

**Hector Solorzano**

**Omar Solorzano**

☑ Additional Pages Attached                              Page 1

## DEFENDANTS

**Defendant No. 1**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS**

HSBC BANK, NA AS TRUSTEE FOR DEUTSHE ALT-A SECURITIES INC. MORTGAGE PASS THROUGH CERTIFICATE, SERIES 2007.1 ITS ASSIGNEES AND ITS SUCCESSOR

452 5th Ave, New York, NY 10018

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address of *known)*

**HSBC BANK USA, NA**

**CHIEF EXECUTIVE OFFICER**

HSBC BANK USA, N.A.
452 5th Ave, New York, NY 10018

C T CORPORATION SYSTEM
CA Registered Corporate (1505) Agent Authorized
330 N BRAND BLVD, GLENDALE, CA

**Defendant No. 3**

Name

Job or Title i*f known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Mellissa Robbins Coutts**

Mellissa Robbins Coutts
2763 Camino Del Rio S.
Suite 100,
San Diego, CA 92108

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**McCalla Raymer Leibert Pierce, LLP**

McCalla Raymer Leibert Pierce, LLP
301 E Ocean Blvd, Suite 1720
Long Beach, CA 90802

C T CORPORATION SYSTEM
CA Registered Corporate (1505) Agent Authorized
330 N BRAND BLVD, GLENDALE, CA

# ADDITIONAL DEFENDANTS

**Defendant No. 5**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### Affinia Default Services, LLC

**Affinia Default Services
301 E Ocean Blvd, Suite 1720
Long Beach, CA 90802**

C T CORPORATION SYSTEM
CA Registered Corporate (1505) Agent Authorized
330 N BRAND BLVD, GLENDALE, CA

**Defendant No. 6**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address of *known)*

### McCarty & Holthus, LLP

**McCarthy & Holthus, LLP:
2763 Camino Del Rio S. Suite 100,
San Diego, CA 92108**

2763 CAMINO DEL RIO S
SUITE 100
SAN DIEGO, CA  92108

**Defendant No. 7**

Name

Job or Title *if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### Hector Solorzano

**Hector Solorzano
301 E Ocean Blvd, Suite 1720
Long Beach, CA 90802**

**Defendant No. 8**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### Omar Solorzano

**Omar Solorzano
301 E Ocean Blvd, Suite 1720
Long Beach, CA 90802**

Page 3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## H.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 133 1, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs m this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue m this case.

**I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM**

**II. ILLEGAL EVICTION FRAUD SCHEME - RELATIVE TO TWO FRAUDULENT EVICTIONS DATED 9/13/2023 @ 11:07AM**

**III. 42 USC 1983 - COMPLAINT FOR DEPRIVATION OF RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS**

**IV. 42 U.S. Code §1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS RELATED TO "STEALTH FORECLSOURE" & ILLEGAL EVICTIONS**

**V. 42 U.S. Code §1986 - ACTION FOR NEGLECT TO PREVENT "STEALTH FORECLOSURE & ILLEGAL EVICTIONS"**

**VI. 42 U.S. Code §1981 - EQUAL RIGHTS UNDER LAW**

**VI. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)**

**VIII. CANCELLATION OF WRITTEN INSTRUMENTS - FRAUDULENT TRUSTEE DEED UPON SALE Void or voidable written instruments, Cal. Civ. Code § 3412**

**IX. QUIET TITLE Civil Code §760.020.**

**X. SLANDER OF TITLE - CACI No. 1730 USING A FRAUDULENT TRUSTEE DEED UPON SALE**

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    **The Plaintiff(s)**

a.    If the plaintiff is an individual

The plaintiff, (name) **ALFRED MCZEAL, JR.** , is a citizen of the

State of (name)          Texas

b.    If the plaintiff is a corporation

The plaintiff, (name)          N/A          , is incorporated

under the laws of the State of (name)          N/A

and has its principal place of business m the State of (name)  N/A

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

☑ **Additional Pages Are Attached Providing Information On _Additional Plaintiffs_**

2.    **The Defendant(s)**    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS;HSBC BANK USA, NA;Mellissa Robbins Coutts;McCalla Raymer Leibert Pierce, LLP;Affinia Default Services;McCarty & Holthus, LLP;Hector Solorzano;Omar Solorzano

a.    The Defendant is an ☐ individual ☑ corporation.

The defendant, (name) HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS , is a citizen of

the State of (name)          NEW YORK          Or is a citizen of

(foreign nation)

Page 4

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   The Defendant is an ☑ individual ☐ corporation.

The defendant, *(name)* **HSBC BANK USA, NA** , is a citizen of

the State of *(name)* NEW YORK ☑ is incorporated under

principal place of business in the State of *(name)* NEW YORK and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ☒ **Additional Pages Are Attached On** *Additional Defendants.*

3.   **The Amount in Controversy**

The amount in controversy is the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court because *(explain)*:

**REAL PROPERTY WAS FRAUDULENT TAKEN IN EXCESS OF $1 MILLION IN ACTUAL DAMAGES WHICH CONSISTED OF THE ACTUAL MARKET VALUE OF THE PROPERTY.**

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiffs rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM

On October 21, 2022, at approximately 11:29 AM, the Plaintiff was subjected to a fraudulent "stealth foreclosure" scam orchestrated by the Defendants. This covert foreclosure process was executed without proper notification or due process, unlawfully depriving the Plaintiff of their property.

Additionally, the Plaintiff was subjected to an unlawful eviction, further exacerbating the harm and distress caused by the Defendants' actions. These actions constitute a clear violation of the Plaintiff's civil rights, specifically the right to due process and equal protection under the law as guaranteed by the Constitution. The Defendants' actions were deceptive, intentional, and resulted in significant harm and financial loss to the Plaintiff. The Plaintiff seeks relief for damages incurred, restitution of the property, reinstatement of tenancy, and any other appropriate remedies under the law.

☑ Pages Attached (_____ Exhibits A, & 1 - thru____

☑ Plaintiff(s) reserves the Right to Amend.       ☑ FRAUD CLAIMS:_F1,F2,F3,F4,F5,F6,F7,F8_

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **DAMAGES FOR FRAUD, MISREPRESENTATION; HARRASMENT; UNJUST ENRICHMENT; CIVIL RIGHTS VIOLATIONS; ;PUNITIVE DAMAGES**

| | |
|---|---|
| **FRAUD** | **$4,500,000.00** |
| **Negligent Misrepresentation** | **$4,500,000.00** |
| **Racketeering (Treble Damages** | **$13,500,000.00** |
| **Unjust Enrichment** | **$4,500,000.00** |
| **RECOVERY OF UCC-1 LIEN** | **$3,500,000.00** |
| **Actual Damages** | **$4,500,000.00** |
| **Punitive Damages (Extreme & Outrageous Conduct)** | **$13,500,000.00** |
| ☐ Prayer is Included in Supplemental Complaint   **TOTAL RELIEF:** | **$48,500,000.00** |

Page 5

## *STATEMENT OF THE CLAIM (CONTINUED):*

### THE STEALTH FORECLOSURE LEAD AND WRONGFUL TRUSTEE DEED UPON SALE LEAD A CLOUD OVER PLAINTIFF'S TITLE TO THE PROPERTY AND OTHER FEDERAL LAW VIOLATIONS

This covert foreclosure process was executed without proper notification or due process, unlawfully depriving the Plaintiff of their property. Following this, a wrongful trustee deed upon sale was issued, creating a cloud over the Plaintiff's title to the property and casting doubt on their legal ownership. These actions represent significant violations of federal law, including but not limited to violations of the Plaintiff's civil rights, specifically the right to due process and equal protection under the law as guaranteed by the Constitution.

The Plaintiff also endured two unlawful evictions stemming from this stealth foreclosure. The first eviction was conducted unlawfully, exacerbating the harm and distress caused by the Defendants' actions. The second eviction was fraudulent, initiated using the name of a deceased person, thereby further undermining the Plaintiff's legal rights and causing additional emotional and financial distress.

The Plaintiff asserts the following causes of action:

Fraudulent Foreclosure

Wrongful Trustee Deed Upon Sale

Unlawful Eviction

Quite Title

Fraudulent Eviction Using Deceased Person's Name

Violation of Civil Rights

Federal Law Violations

The Plaintiff seeks relief for damages incurred, restitution of the property, removal of the cloud on the title, reinstatement of tenancy, and any other appropriate remedies under the law.

*Pro Se 1 (Rev. 12/16) Complaint for a Civil Case*                    Continued from page 5

c.    The Defendant is an ☑individual ☐corporation. ☐Trust

The defendant, *(name)*                **Mellissa Robbins Coutts**

the laws of the State of *(name)*        CALIFORNIA.          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

d.    The Defendant is an ☑individual ☐corporation. ☐Trust

The defendant, *(name)*        **McCalla Raymer Leibert Pierce, LLP**

the laws of the State of *(name)*        CALIFORNIA          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

e.    The Defendant is an ☐individual ☑corporation. ☐Trust

The defendant, *(name)*        **Affinia Default Services, LLC**

the laws of the State of *(name)*        CALIFORNIA          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

f.    The Defendant is an ☑individual ☐corporation. ☐Trust

The defendant, *(name)*                **McCarty & Holthus, LLP**

of the State of *(name)*        CALIFORNIA          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

g.    The Defendant is an ☑individual ☐corporation. ☐Trust

The defendant, *(name)*                **Hector Solorzano**

of the State of *(name)*        CALIFORNIA          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*        CALIFORNIA

and has its principal place of business in *(name)*

h.    The Defendant is an ☑individual ☐corporation. ☐Trust

The defendant, *(name)*                **Omar Solorzano**

of the State of *(name)*        CALIFORNIA          , is incorporated under

principal place of business in the State of *(name)*        CALIFORNIA        and has its

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

Page 7

*Additional Page - Defendants*

# SERVICE OF PROCESS

## Please serve the defendants at the following address::

HSBC BANK, NA AS TRUSTEE FOR DEUTSHE ALT-A
SECURITIES INC. MORTGAGE PASS THROUGH CERTIFICATE,
SERIES 2007.1 ITS ASSIGNEES AND ITS SUCCESSOR
452 FIFTH AVENUE
NEW YORK, NY 10018

## HSBC BANK, NA
## 452 FIFTH AVENUE
## NEW YORK, NY 10018

## Mellissa Robbins Coutts
## 2763 Camino Del Rio S.
## Suite 100,
## San Diego, CA 92108

## McCalla Raymer Leibert Pierce, LLP
## 301 E Ocean Blvd, Suite 1720
## Long Beach, CA 90802

## Affinia Default Services
## 301 E Ocean Blvd, Suite 1720
## Long Beach, CA 90802

## McCarthy & Holthus, LLP:
## 2763 Camino Del Rio S. Suite 100,
## San Diego, CA 92108

## Hector Solorzano
## 301 E Ocean Blvd, Suite 1720
## Long Beach, CA 90802

## Omar Solorzano
## 301 E Ocean Blvd, Suite 1720
## Long Beach, CA 90802

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT - SERVICE LIST

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*ATTACHMENT A:*     **CAUSES OF ACTION AGAINST THE INDIVIDUAL DEFENDANTS**

| | |
|---|---|
| **I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM** | **II. ILLEGAL EVICTION FRAUD SCHEME - RELATIVE TO TWO FRAUDULENT EVICTIONS DATED 9/13/2023 @ 11:07AM** |
| **III. 42 USC 1983 - COMPLAINT FOR DEPRIVATION OF RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS** | **IV. 42 U.S. Code §1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS RELATED TO "STEALTH FORECLSOURE" & ILLEGAL EVICTIONS** |
| **V. 42 U.S. Code §1986 - ACTION FOR NEGLECT TO PREVENT "STEALTH FORECLOSURE & ILLEGAL EVICTIONS"** | **VI. 42 U.S. Code §1981 - EQUAL RIGHTS UNDER LAW** |
| **VI. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)** | **VIII. CANCELLATION OF WRITTEN INSTRUMENTS - FRAUDULENT TRUSTEE DEED UPON SALE** Void or voidable written instruments, Cal. Civ. Code § 3412 |

## CLAIMS AGAINST DEFENDANT:
### HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS

1. Plaintiff asserts all of the above claims against defendant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS and assert that it participated in the wrongful causes of action causing financial loss to plaintiff.

## CLAIMS AGAINST DEFENDANT:
## HSBC BANK USA, NA

2. Plaintiff asserts all of the above claims against defendant HSBC BANK USA, NATIONAL ASSOCIATEION and assert that it also participated in the wrongful causes of action causing financial losses to plaintiff and was directily or indirectly involved in causing the injuries sustained by plaintiff.

## CLAIMS AGAINST DEFENDANT:
## Mellissa Robbins Coutts

3. Plaintiff asserts all of the above claims against defendant Mellissa Robbins Coutts and assert that it also participated in the wrongful causes of action causing financial losses to plaintiff and was directily or indirectly involved in causing the injuries sustained by plaintiff. Coutts was on of the main individuals acting as attorney who was directly involved in asserting false claims in the two unlawful eviction case

## CLAIMS AGAINST DEFENDANT:
## McCalla Raymer Leibert Pierce, LLP

4. Plaintiff asserts all of the above claims against defendant McCalla Raymer Leibert Pierce, LLP  and assert that it participated in the wrongful causes of action causing financial loss to plaintiff and was directly involved in the Stealth Foreclosure Scam by HSBC. McCalla Raymer Leibert Pierce, LLP  entities who was directly involved in asserting false claims in the two unlawful eviction case

CV-127 (09-09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT- ATTACHMENT 1     PAGE 9

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

*ATTACHMENT A:*    CAUSES OF ACTION AGAINST THE INDIVIDUAL DEFENDANTS

| | |
|---|---|
| I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM | II. ILLEGAL EVICTION FRAUD SCHEME - RELATIVE TO TWO FRAUDULENT EVICTIONS DATED 9/13/2023 @ 11:07AM |
| III. 42 USC 1983 - COMPLAINT FOR DEPRIVATION OF RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS | IV. 42 U.S. Code §1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS |
| V. 42 U.S. Code §1986 - ACTION FOR NEGLECT TO PREVENT "STEALTH FORECLOSURE & ILLEGAL EVICTIONS" | VI. 42 U.S. Code §1981 - EQUAL RIGHTS UNDER LAW |
| VI. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq) | VIII. CANCELLATION OF WRITTEN INSTRUMENTS - FRAUDULENT TRUSTEE DEED UPON SALE Void or voidable written instruments, Cal. Civ. Code § 3412 |

## CLAIMS AGAINST DEFENDANT:
## Affinia Default Services, LLC

4. Plaintiff asserts all of the above claims against defendant Affinia Default Services, LLC and assert that it participated in the wrongful causes of action causing financial loss to plaintiff.

## CLAIMS AGAINST DEFENDANT:
## McCarty & Holthus, LLP

5. Plaintiff asserts all of the above claims against defendant McCarty & Holthus, LLP and assert that it participated in the wrongful causes of action causing financial loss to plaintiff.

## CLAIMS AGAINST DEFENDANT:
## Hector Solorzano

1. Plaintiff asserts all of the above claims against defendant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS and assert that it participated in the wrongful causes of action causing financial loss to plaintiff.

## CLAIMS AGAINST DEFENDANT:
## Omar Solorzano

6. Plaintiff asserts all of the above claims against defendant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007.1, ITS ASSIGNEES AND ITS SUCCESSORS and assert that it participated in the wrongful causes of action causing financial loss to plaintiff.

---

CV-127 (09-09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT- ATTACHMENT 1    PAGE 10

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

**_ATTACHMENT 1:_**          **_FIRST CAUSE OF ACTION:_**          ☐ Supplemental Complaint Attached

## I. FRAUD - "STEALTH FORECLOSURE" SCAM DATED OCTOBER 21, 2022 @ 11:29AM

7. This cause of action arises from a fraudulent "stealth foreclosure" scam conducted by the Defendant on October 21, 2022, at approximately 11:29 AM.

8. The Plaintiff is a and the rightful owner of the property located at 2620-2622 Fashion Avenue, Long Beach, CA. 90810 by virtue of a grant deed from the orignal owner.

9. On or about October 21, 2022, HSBC initiated a foreclosure process against the Plaintiff's property without providing proper notification or adhering to due process requirements as mandated by law.

10. HSBC executed a foreclosure sale in a covert manner, hereinafter referred to as a "stealth foreclosure," thereby unlawfully depriving the Plaintiff of their property.

11. Following the foreclosure sale, HSBC issued a trustee deed upon sale, knowing it was wrongful and without legal basis, thereby creating a cloud on the Plaintiff's title to the property.

12. HSBC transferred the property to itself, as evidenced by the Certificate of Sale at Public Auction dated October 21, 2022, at 11:29 AM (Exhibit 10), proving that the sale was not a bona fide sale to a third party.

13. Additionally, the property was previously granted to the Houston Real Estate Business Trust and Alfred McZeal, Jr. as Trustee on January 27, 2021, as evidenced by the Grant Deed (Exhibit 11), further complicating the title and ownership issues resulting from HSBC's fraudulent actions.

14. False Representation: HSBC knowingly made false representations regarding the foreclosure process, including but not limited to the validity of the foreclosure notice and the legality of the trustee deed upon sale.

15. Knowledge of Falsity: HSBC was aware that the representations were false and that the foreclosure process was conducted without proper legal authority.

16. Intent to Deceive: HSBC intended to deceive the Plaintiff by conducting the foreclosure stealthily and issuing a wrongful trustee deed upon sale.

17. Justifiable Reliance: The Plaintiff justifiably relied on HSBC's representations, believing that the foreclosure process and trustee deed were legitimate.

18. Damages: As a direct result of HSBC's fraudulent actions, the Plaintiff has suffered significant financial losses, emotional distress, and harm to their legal rights regarding the property.

**ATTACHMENT 2:**          ***SECOND CAUSE OF ACTION:***   ☐ Supplemental Complaint Attached

## II. ILLEGAL EVICTION FRAUD SCHEME - RELATIVE TO TWO FRAUDULENT EVICTIONS DATED 9/13/2023 @ 11:07AM

19.   This cause of action arises from an illegal eviction fraud scheme conducted by the Defendant on September 13, 2023, at approximately 11:07 AM and continuing to the present day.

20. On or about September 13, 2023, at approximately 11:07 AM, the Defendant carried out two illegal evictions against the Plaintiff's property.

21. The first eviction was conducted without proper legal basis or due process, violating the Plaintiff's right to remain in their home.

22. The second eviction was fraudulent, initiated using the name of a deceased person, thereby further undermining the Plaintiff's legal rights and causing additional emotional and financial distress.

23. The Defendant's actions were intentional, deceptive, and aimed at misleading the Plaintiff and other parties into believing that the evictions were conducted lawfully.

Elements of Fraud in Illegal Eviction

24. False Representation: The Defendant knowingly made false representations regarding the legitimacy of the eviction processes.

25. Knowledge of Falsity: The Defendant was aware that the representations were false and that the evictions were conducted without proper legal authority.

26. Intent to Deceive: The Defendant intended to deceive the Plaintiff by conducting the evictions unlawfully and using fraudulent means.

27. Justifiable Reliance: The Plaintiff justifiably relied on the Defendant's representations, believing that the eviction processes were legitimate.

28. Damages: As a direct result of the Defendant's fraudulent actions, the Plaintiff has suffered significant financial losses, emotional distress, and harm to their legal rights regarding the property.

29. The Plaintiff requests the Court to declare the eviction processes as fraudulent and void.

30. The Plaintiff seeks restitution of the property and reinstatement of tenancy.

31. The Plaintiff seeks compensatory damages for financial losses and emotional distress incurred as a result of the Defendant's actions.

32. The Plaintiff seeks punitive damages to deter the Defendant and others from engaging in similar fraudulent conduct in the future.

*ATTACHMENT 3:*　　　**_THIRD CAUSE OF ACTION:_**　　☐ Supplemental Complaint Attached

## III. 42 USC 1983 - COMPLAINT FOR DEPRIVATION OF RIGHTS RELATED TO "STEALTH FORECLOSURE" & ILLEGAL EVICTIONS

33. This cause of action arises under 42 U.S.C. § 1983 for the deprivation of the Plaintiff's rights secured by the Constitution and laws of the United States, specifically related to an unlawful "stealth foreclosure" and subsequent illegal evictions.

34. HSBC BANK, USA NA, its attorneys, and the other named defendants are persons acting under color of state law in engaging in mortgage and foreclosure activities, with its principal place of business located in New York, and operating here in California.

35. On or about October 21, 2022, the Defendant initiated a "stealth foreclosure" against the Plaintiff's property without providing proper notification or adhering to due process requirements as mandated by law, thereby unlawfully depriving the Plaintiff of their property.

36. The foreclosure was conducted in a covert manner, resulting in the issuance of a wrongful trustee deed upon sale, which created a cloud on the Plaintiff's title to the property.

37. On September 13, 2023, at approximately 11:07 AM, the Defendant carried out two illegal evictions against the Plaintiff stemming from the unlawful stealth foreclosure.

38. The first eviction was conducted without proper legal basis or due process, violating the Plaintiff's right to remain in their home.

39. The second eviction was fraudulent, initiated using the name of a deceased person and another person not residing in the unit, further undermining the Plaintiff's legal rights and causing additional emotional and financial distress.

Legal Basis for Claims

40. Under 42 U.S.C. § 1983, any person who, under color of any statute, ordinance, regulation, custom, or usage of any state or territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

41. The Defendant, acting under color of state law, deprived the Plaintiff of their rights to due process and equal protection under the Fourteenth Amendment to the United States Constitution through the execution of the stealth foreclosure and the illegal evictions.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**ATTACHMENT 4:**          ___***FOURTH CAUSE OF ACTION:***___   ☐ Supplemental Complaint Attached

## IV.   42 U.S. Code §1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS RELATED TO "STEALTH FORECLSOURE" & ILLEGAL EVICTIONS

42.  This cause of action arises under 42 U.S.C. §1985 for the conspiracy to interfere with the Plaintiff's civil rights, specifically related to an unlawful "stealth foreclosure" and subsequent illegal evictions.

43. On or about October 21, 2022, the Defendant conspired with others to initiate a "stealth foreclosure" against the Plaintiff's property without providing proper notification or adhering to due process requirements as mandated by law, thereby unlawfully depriving the Plaintiff of their property.

44. The foreclosure was conducted in a covert manner, resulting in the issuance of a wrongful trustee deed upon sale, which created a cloud on the Plaintiff's title to the property.

45. On September 13, 2023, at approximately 11:07 AM, the Defendant, in furtherance of the conspiracy, carried out two illegal evictions against the Plaintiff stemming from the unlawful stealth foreclosure.

46. The first eviction was conducted without proper legal basis or due process, violating the Plaintiff's right to remain in their home.

47. The second eviction was fraudulent, initiated using the name of a deceased person and another person not residing in the unit, further undermining the Plaintiff's legal rights and causing additional emotional and financial distress.

48. The Defendant's actions were part of a broader conspiracy to defraud the Plaintiff and interfere with their civil rights, aiming to mislead the Plaintiff and other parties into believing that both the foreclosure and evictions were conducted lawfully.

49. The Defendant, acting in concert with others, conspired to deprive the Plaintiff of their rights to due process and equal protection under the Fourteenth Amendment to the United States Constitution through the execution of the stealth foreclosure and the illegal evictions.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**ATTACHMENT 5:**   ***FIFTH CAUSE OF ACTION:***   ☐ Supplemental Complaint Attached

## V. 42 U.S. Code §1986 - ACTION FOR NEGLECT TO PREVENT "STEALTH FORECLOSURE & ILLEGAL EVICTIONS"

50. This cause of action arises under 42 U.S.C. § 1986 for the Defendant's neglect to prevent a conspiracy to interfere with the Plaintiff's civil rights, specifically related to an unlawful "stealth foreclosure" and subsequent illegal evictions.

51. On or about October 21, 2022, the Defendant, having knowledge of a conspiracy to interfere with the Plaintiff's civil rights through a "stealth foreclosure," failed to take appropriate action to prevent the wrongful acts.

52. The stealth foreclosure was conducted without proper notification or due process, resulting in the issuance of a wrongful trustee deed upon sale and creating a cloud on the Plaintiff's title to the property.

53. On September 13, 2023, at approximately 11:07 AM, the Defendant further neglected to prevent two illegal evictions against the Plaintiff stemming from the unlawful stealth foreclosure.

54. The first eviction was conducted without proper legal basis or due process, violating the Plaintiff's right to remain in their home.

55. The second eviction was fraudulent, initiated using the name of a deceased person and another person not residing in the unit, further undermining the Plaintiff's legal rights and causing additional emotional and financial distress.

56. Despite having the power to prevent or aid in preventing the commission of these wrongful acts, the Defendant neglected or refused to do so.

57. The Defendant had knowledge of the conspiracy to interfere with the Plaintiff's civil rights and neglected to take action to prevent the stealth foreclosure and illegal evictions.

**ATTACHMENT 5:**

CV-127 (09-09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT - ATTACHMENT 5

PAGE 15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*ATTACHMENT 6:* **SIXTH CAUSE OF ACTION:** ☐ Supplemental Complaint Attached

## VI. 42 U.S. Code §1981 - EQUAL RIGHTS UNDER LAW

58. The Previous paragraphs are incorporated herein by reference.

59. This cause of action arises under 42 U.S.C. § 1981 for the deprivation of the Plaintiff's equal rights under the law, specifically related to an unlawful "stealth foreclosure" and subsequent illegal evictions.

60. The Plaintiff, being African American was deprived of the same rights to make and enforce contracts, and to the full and equal benefit of all laws and proceedings for the security of persons and property, as is enjoyed by white citizens, due to the Defendant's discriminatory actions.

61. Under 42 U.S.C. § 1981, all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

62. The Defendant, through its actions, deprived the Plaintiff of their equal rights under the law by unlawfully foreclosing on their property and executing illegal evictions in a discriminatory manner.

63. As a direct and proximate result of the Defendant's discriminatory actions, the Plaintiff has suffered significant financial losses, emotional distress, and harm to their legal rights regarding the property.

64. The Plaintiff requests the Court to declare the foreclosure process and eviction proceedings as unlawful and void.

65. The Plaintiff seeks restitution of the property and removal of the cloud on the title.

66. The Plaintiff seeks compensatory damages for financial losses and emotional distress incurred as a result of the Defendant's actions.

67. The Plaintiff seeks punitive damages to deter the Defendant and others from engaging in similar conduct in the future.

CV-127 (09-09)      PLEADING PAGE FOR A SUBSEQUENT DOCUMENT - ATTACHMENT 6

PAGE 16

**ATTACHMENT 7:**     ***SEVENTH CAUSE OF ACTION:***   ☑ Supplemental Complaint Attached

## VI. Racketeer Influenced and Corrupt Organizations Act
## (18 U.S.C §1961 et seq)

68. The previous pargraphs and the fraud claims (F-F8) are incorporated herein by reference as if fully setforth herein.

69. This cause of action arises under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 et seq, for the Defendant's participation in a pattern of racketeering activity, specifically related to an unlawful "stealth foreclosure" and subsequent illegal evictions and money laundering activity.

70. Enterprise: The Defendant and associated parties formed an enterprise, as defined in 18 U.S.C. § 1961(4), engaged in and affecting interstate commerce.

71. Pattern of Racketeering Activity: The Defendant engaged in a pattern of racketeering activity, as defined in 18 U.S.C. § 1961(5), consisting of at least two acts of racketeering activity within ten years. These acts include, but are not limited to, mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), and financial institution fraud (18 U.S.C. § 1344).

72. . Predicate Acts: The Defendant committed multiple predicate acts of racketeering activity, including the fraudulent foreclosure, issuance of a wrongful trustee deed upon sale, and the execution of illegal evictions using fraudulent means.

73. Continuity: The racketeering acts constitute a continuous threat of criminal activity, demonstrating the Defendant's ongoing pattern of fraud and deception.

74. Injury: The Plaintiff has suffered injury to their property and legal rights as a direct result of the Defendant's racketeering activities.

75. The Plaintiff respectfully requests that this Court grant the relief sought and hold the Defendant accountable for their actions in violating the Racketeer Influenced and Corrupt Organizations Act (RICO) under 18 U.S.C. § 1961 et seq related to the "stealth foreclosure" and illegal evictions.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**ATTACHMENT 8:**       ***EIGHTH CAUSE OF ACTION:***    ☐ Supplemental Complaint Attached

## VIII. CANCELLATION OF WRITTEN INSTRUMENTS - FRAUDULENT TRUSTEE DEED UPON SALE
### Void or voidable written instruments, Cal. Civ. Code § 3412

76. The previous pargraphs and the fraud claims (F-F8) are incorporated herein by reference as if fully setforth herein.

77. This cause of action arises under California Civil Code § 3412 for the cancellation of a fraudulent trustee deed upon sale that was wrongfully issued following a "stealth foreclosure" on the Plaintiff's property.

78. The Defendant transferred the property to itself, as evidenced by the Certificate of Sale at Public Auction dated October 21, 2022, at 11:29 AM (Exhibit 10), proving that the sale was not a bona fide sale to a third party.

79. The Defendant's actions were intentional, deceptive, and designed to mislead the Plaintiff and other parties into believing that the foreclosure and subsequent sale were conducted lawfully.

80. The fraudulent trustee deed upon sale has created a cloud on the Plaintiff's title to the property, causing significant harm and uncertainty regarding the Plaintiff's ownership rights.

81. Under California Civil Code § 3412, a written instrument, in respect to which there is a reasonable apprehension that if left outstanding it may cause serious injury to a person against whom it is void or voidable, may, upon his application, be so adjudged, and ordered to be delivered up or canceled.

82. The trustee deed upon sale is void or voidable due to the Defendant's fraudulent actions and the lack of proper legal authority in conducting the foreclosure and sale.

83. The Plaintiff requests the Court to declare the trustee deed upon sale as fraudulent and void.

84. The Plaintiff seeks an order for the cancellation of the trustee deed upon sale.

85. The Plaintiff seeks restitution of the property and removal of the cloud on the title.

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT - ATTACHMENT 8

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**ATTACHMENT 9:**          ***NINTH CAUSE OF ACTION:***          ☐ Supplemental Complaint Attached

## IX. QUIET TITLE
## Civil Code §760.020.

86. This cause of action arises under California Code of Civil Procedure § 760.010 et seq. for a quiet title action to remove the cloud on the Plaintiff's title to the property located at 2620-2622 Fashion Avenue, Long Beach, Ca. 90810

87. This Court has supplemental jurisdiction over this action pursuant to California Code of Civil Procedure § 760.040.

88. Venue is proper in this Court under California Code of Civil Procedure §392 because the real property in question is situated within this judicial district.

Plaintiff's Title and Interest:

89. The Plaintiff is the rightful owner of the property, having acquired title by Grant Deed from the prior owner and has been in continuous possession and ownership of the property since January 27, 2021, and recorded on October 21, 2021.

90. Additionally, the Plaintiff is the owner of the entity World Wide Walkie Talkie, to which the property was transferred by a Warranty Deed on December 27, 2022.

91. The Defendant claims an interest in the property based on a trustee deed upon sale executed on [date], which was issued following an unlawful "stealth foreclosure" process initiated on October 21, 2022, at 11:29 AM.

92. The Defendant's claim is adverse to the Plaintiff's interest and constitutes a cloud on the Plaintiff's title, creating uncertainty and affecting the Plaintiff's ability to use and enjoy the property.

93. Defendant's Adverse Claim: The nature of the Defendant's adverse claim is the fraudulent Trusteed Deed upon Sale.

94. Date of Adverse Claim: The Defendant's adverse claim originated on October 21, 2022.

95. The Plaintiff requests the Court to declare that the Plaintiff is the rightful owner of the property and that the Defendant has no valid claim or interest in the property.

96. The Plaintiff seeks an order quieting title in favor of the Plaintiff and against the Defendant, removing any cloud on the title created by the Defendant's claim.

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT          PAGE 19

**ATTACHMENT 10:**          ***TENTH CAUSE OF ACTION:***          ☐ Supplemental Complaint Attached

## X. SLANDER OF TITLE - CACI No. 1730
## USING A FRAUDULENT TRUSTEE DEED UPON SALE

97. The previous pargraphs and the fraud claims (F-F8) are incorporated herein by reference as if fully setforth herein.

108. This cause of action arises under CACI No. 1730 for slander of title, resulting from the Defendant's use of a fraudulent trustee deed upon sale to improperly claim an interest in the Plaintiff's property.

109. The property at issue is located at 2620 Fashion Ave, Long Beach, Ca. 90810 and is its legal description is setforth in Exhibit "A" - Legal Description attached herein and made a part hereof.

Defendant's False Statement:

100. On or about 10/21/2022, the Defendant executed and recorded a trustee deed upon sale, fraudulently claiming an interest in the Plaintiff's property following an unlawful "stealth foreclosure" process initiated on October 21, 2022, at 11:29 AM.

110. The trustee deed upon sale is fraudulent and wrongful, as it was issued without proper notification, due process, or legal authority.

111. Publication: The Defendant published the fraudulent trustee deed upon sale by recording it with the county recorder's office, thereby making the false claim available to the public.

103. Lack of Privilege or Justification: The Defendant's publication of the trustee deed upon sale was not privileged or justified. The Defendant knew or should have known that the foreclosure process and resulting trustee deed were fraudulent and without legal basis.

104. As a direct and proximate result of the Defendant's actions, the Plaintiff has suffered:

105. A cloud on the title to the property, causing uncertainty and affecting the Plaintiff's ability to use and enjoy the property.

106. Financial losses, including costs associated with clearing the title and addressing the wrongful claim.

107. The Plaintiff respectfully requests that this Court grant the relief sought and hold the Defendant accountable for their actions by finding the Defendant liable for slander of title under CACI No. 1730 and awarding the Plaintiff the relief requested.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ATTACHMENT 11:          **ELEVENTH CAUSE OF ACTION:**

## XI. FORECLOSURE OF COMMERCIAL UCC-1 LIEN $3,500,000 by WORLD WIDE WALKIE TALKIE

117. This cause of action arises under the Uniform Commercial Code (UCC) for the foreclosure of a commercial UCC-1 lien in the amount of $3,500,000 held by the Plaintiff, World Wide Walkie Talkie, against the Defendant and all persons claiming an interest in the property located at 2620 Fashion Ave. Long Beach, Ca. 90810.

118. The Plaintiff, World Wide Walkie Talkie, is a entity engaged in Wireless Communications, with its principal place of business at 8950 Westpark Dr. Suite 302  Houston, Texas 77063.

119. On January 29, 2021, the Long Beach Wireless executed a security agreement with the Plaintiff, granting a security interest in certain collateral to secure a debt in the amount of $3,500,000.

120. The Plaintiff perfected its security interest by filing a UCC-1 Financing Statement with the California Secretary of State on 1/29/2021, as File No. U210020437323. The collateral securing the UCC-1 lien includes, but is not limited to, collateral, e.g., inventory, equipment, accounts receivable, and the property.

121. Default on the obligations secured by the UCC-1 lien by failing to make required payments, maintain insurance.

122. On or 1/23/2022 plaintiff provided Afiniat with written notice of default and demand for payment, or offset in accordance with the terms of the security agreement and applicable law.

123. Despite such notice and demand, the HSBC has failed and refused to cure the default or satisfy the obligations secured by the UCC-1 lien.

124. Under the Uniform Commercial Code, specifically UCC § 9-601 et seq., the Plaintiff is entitled to enforce its security interest through the foreclosure of the collateral due to the Defendant's default.

125. The Plaintiff seeks to foreclose the UCC-1 lien and take possession of the collateral to satisfy the outstanding debt of $3,500,000.

CV-127 (09-09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

PAGE 21

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**ATTACHMENT 12:**  ## TWELVTH CAUSE OF ACTION:

## XII. UNJUST ENRICHMENT

126. This cause of action arises under the common law doctrine of unjust enrichment, resulting from the Defendant's wrongful conduct in enriching themselves through an unlawful "stealth foreclosure" on the Plaintiff's property.

127. . On or about October 21, 2022, at 11:29 AM, the Defendant initiated a "stealth foreclosure" against the Plaintiff's property without providing proper notification or adhering to due process requirements as mandated by law.

128. The foreclosure was conducted in a covert and fraudulent manner, resulting in the Defendant taking possession of the Plaintiff's property without legal authority.

129. As a result of this unlawful foreclosure, the Defendant was unjustly enriched by acquiring the Plaintiff's property and benefiting from its value without providing compensation or consideration to the Plaintiff.

130. The Defendant's enrichment was at the expense of the Plaintiff, who suffered significant financial loss and harm to their legal rights regarding the property.

131. Benefit Conferred: The Defendant obtained a significant benefit by wrongfully taking possession of the Plaintiff's property through the stealth foreclosure.

132. Knowledge of Benefit: The Defendant had knowledge of the benefit conferred by the unlawful foreclosure and willingly accepted and retained this benefit.

133. Retention of Benefit: The Defendant retained the benefit without providing compensation or consideration to the Plaintiff.

134. Inequity: It would be unjust and inequitable for the Defendant to retain the benefit without compensating the Plaintiff, as the Plaintiff was deprived of their property through fraudulent means.

135. Harm to Plaintiff6. As a direct and proximate result of the Defendant's actions, the Plaintiff has suffered financial losses, including but not limited to the value of the property wrongfully taken and additional costs incurred to address the wrongful foreclosure.

136. Claim for Relief. The Plaintiff requests the Court to order the Defendant to disgorge the benefits unjustly retained from the stealth foreclosure and to compensate the Plaintiff for the value of the property and any other associated losses.

137. The Plaintiff seeks compensatory damages in an amount to be determined at trial, representing the value of the property and benefits unjustly retained by the Defendant.

138. The Plaintiff seeks pre-judgment and post-judgment interest, costs of suit, and any other relief the Court deems just and proper.

CV-127 (09-09)  **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

**_ATTACHMENT 13:_**

# _THIRTEENTH CAUSE OF ACTION:_
## XIII. DECLARATORY JUDGMENT ACT
## 28 U.S.C. §2201 - §2202

139. This cause of action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201 - § 2202, seeking a judicial determination of the Plaintiff's rights concerning the property located at 2620-2622 Fashion Ave. Long Beach, Ca. 90810 and the invalidity of the Defendant's claim to the property resulting from an unlawful "stealth foreclosure.

140. On or about October 21, 2022, at 11:29 AM, the Defendant initiated a "stealth foreclosure" against the Plaintiff's property without providing proper notification or adhering to due process requirements as mandated by law.

141. The foreclosure was conducted in a covert and fraudulent manner, resulting in the Defendant taking possession of the Plaintiff's property without legal authority.

142. As a result of this unlawful foreclosure, the Defendant claims an interest in the Plaintiff's property, which is adverse to the Plaintiff's rightful ownership and constitutes a cloud on the Plaintiff's title.

143. Legal Basis for Declaratory Judgment. Under 28 U.S.C. § 2201(a), in a case of actual controversy within its jurisdiction, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought.

144. An actual controversy exists between the Plaintiff and the Defendant regarding the ownership and title to the property located at 2620-2622 Fashion Ave. Long Beach, Ca. 90810, requiring a judicial determination to resolve the dispute and clarify the legal rights of the parties

145. Request for Declaratory Judgment. The Plaintiff requests that this Court declare that the Plaintiff is the rightful owner of the property located at 2620-2622 Fashion Ave. Long Beach, Ca. 90810 and that the Defendant has no valid claim or interest in the property resulting from the unlawful stealth foreclosure.

146. The Plaintiff further requests that this Court declare the trustee deed upon sale issued by the Defendant as fraudulent and void, thereby removing any cloud on the Plaintiff's title to the property.

147. The Plaintiff seeks a declaratory judgment under 28 U.S.C. § 2201(a) affirming the Plaintiff's rightful ownership of the property and the invalidity of the Defendant's claim.

148. The Plaintiff seeks an order for the cancellation of the trustee deed upon sale and the removal of any cloud on the Plaintiff's title.

149. The Plaintiff seeks any further necessary or proper relief based on the declaratory judgment under 28 U.S.C. §2202.

150. The Plaintiff seeks costs of suit and any other relief the Court deems just and proper.8. Exhibits

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result m the dismissal of my case.

Date of signing:        **June 04, 2024**

Signature of Plaintiff

Printed Name of Plaintiff    ALFRED MCZEAL, JR.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 24

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# VERIFICATION

## OF

## PLAINTIFF(S)

I (we),          ALFRED MCZEAL, JR.          am a plaintiffs in the above-entitled action.  I  (we)    have   read   the   foregoing   complaint   and   know   the   contents thereof.  The same is true of  my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I (we) believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at:          **LONG BEACH, CALIFORNIA**

_____
**ALFRED MCZEAL, JR.**

Dated:_____June 04, 2024_____

CV-127 (09-09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Page 25